UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY E. WALKER,

    Plaintiff,

v.                                                      Case No: 8:16-cv-284-T-36SPF

JOSEPH MINER and JOHN DOE,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sean P. Flynn on August 31, 2018 (Doc. 63). In the Report and Recommendation, Magistrate Judge Flynn recommends that Plaintiff's Motion for Default Judgment (Doc. 61) be denied. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 63) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     Plaintiff's Motion for Default Judgment (Doc. 61) is **DENIED.**

**DONE AND ORDERED** at Tampa, Florida on September 17, 2018.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Sean P. Flynn
Counsel of Record